Case 4:24-cv-01085   Document 41   Filed on 09/17/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KEVIN FRYMIER,** § § | |
| Plaintiff, § § | |
| VS. § § | CIVIL ACTION NO. 4:24-CV-1085 |
| **DIANNE CURVEY,** *et al.*, § § § | |
| Defendants. § | |

## FINAL JUDGMENT

Plaintiff Kevin Frymier brought this suit against Defendants Dianne Curvey and the State of Texas, alleging violations of the United States and Texas Constitutions. ECF No. 1. Defendants filed Amended Motions to Dismiss. ECF No. 19, 20. At a hearing on September 17, 2024, the Court granted both Motions to Dismiss and dismissed all of Plaintiff's claims with prejudice, for the reasons stated on the record.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendants Dianne Curvey and the State of Texas.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 17th day of September, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE